IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

S & S EXCAVATIONS, INCORPORATED,                                              PLAINTIFFS
and RAY SIGGERS

v.                                    NO. 5:10CV00099 JLH

JACK MAY, individually and in his official
capacity as Mayor of McGehee, Arkansas; and
the CITY OF MCGEHEE, ARKANSAS                                                 DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 13th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE