IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

S & S EXCAVATIONS, INCORPORATED,                                    PLAINTIFFS
and RAY SIGGERS

v.                            No. 5:10CV00099 JLH

JACK MAY, individually and in his official
capacity as Mayor of McGehee, Arkansas; and
the CITY OF MCGEHEE, ARKANSAS                                       DEFENDANTS

## ORDER

The parties' joint motion to dismiss is GRANTED. Document #27. The plaintiffs' claims against Jack May in his individual capacity and in his official capacity as Mayor of the City of McGehee, and the City of McGehee, Arkansas, are dismissed with prejudice.

IT IS SO ORDERED this 27th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE